# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL No. 09-356 |
| | : | |
| KAYODE KASSIM, | : | |
| FELIX MORDI, | : | (Judge Rambo      ) |
| ABEL OGUNFUNWA, and | : | |
| JAMES UGOH | : | (under seal) |

**FILED**
HARRISBURG, PA

OCT 28 2009

## INDICTMENT

The Grand Jury Charges:

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

## COUNT 1
### (Conspiracy to Commit Mail Fraud,
### Wire Fraud & Money Laundering)

## I.     BACKGROUND

### A.     The MoneyGram International Money Transfer System

1.     At all times pertinent to this Indictment, MoneyGram International, hereinafter referred to as "MoneyGram," was a publicly traded, global money transfer company.  The MoneyGram network consisted of approximately 180,000 Agents, sometimes referred to as Outlets, in 190 countries and territories. MoneyGram's international headquarters was located in Minneapolis, Minnesota.

1

2.      In order to transfer money via MoneyGram, senders were required to present cash and complete a handwritten application, known as a "Send" form at an authorized MoneyGram Agent location.  The sender was required to list the amount of the transfer, the name of the payee (receiver), the expected payout location, and their own name, telephone number and address on the "Send" form. The MoneyGram Agent collected the money transfer amount, plus a money transfer fee from the sender, and entered the sender's biographical and identification data, along with the name of the intended payee into the MoneyGram transactional data base.  MoneyGram assigned an 8 digit reference number to the transaction.

3.      In order to receive the transfer, the payee had to physically enter an authorized MoneyGram Agent location (Outlet) and complete a handwritten application, known as a "Receive" form.  The payee was directed to list their own address and telephone number, and the name, city and state of the sender and the expected money transfer amount on the "Receive" form.  It was optional for the payee to list the 8 digit reference number.  The payee presented the completed "Receive" form to the MoneyGram Agent.

4.      The MoneyGram Agent was required to query the MoneyGram transactional data base to determine whether the money transfer had been sent by the sender identified by the payee.  For all money transfers in an amount equal to

or greater than $900, the payee was required to present a valid identification document for examination by the MoneyGram Agent.  The MoneyGram Agent was required to enter the payee name, address, telephone number, and identification document serial number into the MoneyGram transactional data base.  Most MoneyGram Agents were required to issue a check payable to the payee to further document the transaction.  The MoneyGram Agent could then cash the check after endorsement by the payee.

## B.    The Defendants

5.    The defendant, KAYODE KASSIM, was a resident of Ontario, Canada. Beginning on October 25, 2006, KASSIM owned and operated a MoneyGram Outlet named "Klazz Beauty Salon" at 1920 Eglinton Avenue, Toronto, Canada, until it was closed by MoneyGram for materially elevated numbers of fraud complaints.   KAYOTE KASSIM also controlled checking accounts under the name of Klazz Beauty Salon and "KC Money Transfer, Inc." at the Bank of Montreal.

6.    The defendant, ABEL OGUNFUNWA, was a resident of Ontario, Canada who owned two MoneyGram Outlets, the "All In One Store" at 1613 Eglinton Avenue West, Toronto, and "Video Suppermart Store" at 1950 Eglinton Avenue West, Toronto.    All in One Store became operational on or about December 27, 2007.  Video Suppermart was open for business from October 10,

3

2007 until March 3, 2009, when both All In One and Video Suppermart were closed by MoneyGram due to high levels of fraud complaints.

7.    The defendant, FELIX MORDI, was a resident of Ontario, Canada who owned and operated a MoneyGram Outlet by the name of "Modicom Accounting Services," first at 672 Jane Street, Toronto and later at 1017 Weston Road, Toronto.   Modicom Accounting Services became operational as a MoneyGram Outlet at 672 Jane Street in May of 2005.   MORDI also controlled two checking accounts under the name of Modicom Accounting Services at the Scotia Bank and SO-USE Credit Union.   Another MoneyGram Outlet, "EBI Rentals," became operational at 1017 Weston Road, Toronto in October 2006.   On or about March 31, 2009, MoneyGram closed EBI Rentals due to high levels of fraud complaints.

8.    The defendant, JAMES UGOH, was a resident of Ontario, Canada who owned eleven (11) MoneyGram outlets under the name of "Money Spot" in the Greater Toronto Area.   These Money Spot outlets were operational between December of 2001 and February 16, 2009, when MoneyGram closed them and a twelfth outlet owned by UGOH's wife, N & E Associates and Financial, due to high levels of fraud complaints.

4

## II.    THE CONSPIRACY

9.    Between January of 2004 and April of 2009, in the Middle District of Pennsylvania and elsewhere, the defendants,

**KAYODE KASSIM,**
**FELIX MORDI,**
**ABEL OGUNFUNWA, and**
**JAMES UGOH**

and other conspirators, known and unknown to the Grand Jury, did knowingly and willfully conspire and agree together, and with one another, to commit offenses against the United States; to wit, MAIL FRAUD, 18 USC § 1341; WIRE FRAUD, 18 U.S.C. §1343; and LAUNDERING OF MONETARY INSTRUMENTS, 18 U.S.C. §1956, and any one or more of such persons committed overt acts to effect the objects of the conspiracy, in violation of Title 18 , United States Code, Section 371.

## III.   THE MANNER & MEANS OF THE CONSPIRACY

10.    It was part of their conspiracy and their schemes to defraud that the defendants and their conspirators did obtain money and property; to wit, in excess of $8,000,000, from thousands of victims, many of whom resided in the United States and the Middle District of Pennsylvania, through fraudulent schemes in which the defendants and their co-conspirators would falsely promise their victims cash prizes, awards, loans, and other compensation in connection with various forms of international, mass marketing fraud schemes.

11.   It was part of their conspiracy and their schemes to defraud that the victims were told by the defendants and their co-conspirators that in order to receive the cash prizes, awards, loans or other compensation, they were required to make advance payments, which the defendants and co-conspirators typically characterized as "taxes," "customs' duties," "insurance," "security deposits," or "processing fees," dependent upon the nature of the underlying scheme.

12.   It was also part of their conspiracy and their schemes to defraud that the defendants and their co-conspirators would deliver counterfeit checks payable to the victims via the U.S. Mail or other means to fund the advance payments. The victims were directed to cash the counterfeit checks or deposit them into their personal accounts and immediately wire a portion of the proceeds via MoneyGram to a fictitious, named payee. The defendants and their co-conspirators would falsely represent to the victims that the fictitious payee was a bona-fide representative of a legitimate business enterprise or governmental agency.

13.   After the victims completed the MoneyGram money transfers, the defendants and their co-conspirators would convert the transfers to their own use and fail to distribute the cash prizes, awards, loans or other compensation as they had promised. Eventually, the counterfeit checks cashed and/or deposited by the victims were returned unpaid, and the victims were responsible for reimbursing the banks or other entities that accepted or cashed the checks.

14.   It was also part of their conspiracy and their schemes to defraud that the defendants and their co-conspirators would enter false addresses, telephone numbers and personal identification document information into the MoneyGram transactional data-base.   In so doing the defendants and their co-conspirators concealed their true identity, as well as the ownership and control of the fraudulently obtained monies.

15.   It was also part of their conspiracy and their schemes to defraud that the defendants and their co-conspirators would convert the victims' MoneyGram transfers to their own use with the assistance of other complicit MoneyGram Agents, as described below:

> The complicit MoneyGram Agents would enter false payee addresses, telephone numbers and identification document information into the MoneyGram transactional data-base, thereby maintaining the anonymity of the fraudsters, and creating the illusion that a bona-fide payee had physically entered the receiving Outlet.

> The complicit MoneyGram Agents did not require the mass marketers to complete MoneyGram "Receive" forms or endorse MoneyGram receipts and checks issued incident to the transactions.

> Instead of issuing MoneyGram checks payable to each individual fictitious payee, the complicit MoneyGram Agents issued checks made payable to a single payee, invariably a business they controlled. This practice, known as "check pooling," allowed the conspirators to collect MoneyGram checks at multiple outlets, deposit those checks into what otherwise appeared to be legitimate bank accounts, and then ultimately withdraw

and distribute the proceeds to the defendants and their co-conspirators.  In order to avoid detection, the conspirators employed multiple "check pooling" payees, and "check pooling" bank accounts. After depositing the proceeds into bank accounts they controlled, the defendants and their co-conspirators would distribute the monies among themselves via cash withdrawals and/or other transfers.

16.    It was also part of their conspiracy and their schemes to defraud that the fraudulently obtained money transfers were converted to checks and cash by the defendants and their co-conspirators at numerous MoneyGram Outlets in the Greater Toronto Area, including but not limited to:

A1 COPY CENTRE, ALL IN ONE CONVENIENCE STORE, ALPHA ACCOUNTING, ATOE ENTERPRISES, CANADA CASH, CASH 3430, DELTA CASH, DIGICELL 2000, DOLLAR LAND, EBI RENTALS, FAMILY SUPPORT ORAGANIZATION, FRONT PAGE BEAUTY SUPPLY, GOLD AND JEWEL COMPUTER CON, GTA FOREIGN EXCHANGE SERVICE, INTER CHANGE SERVICES, JOY BEAUTY SALON, KLAZZ BEAUTY SALON, KUDDIES EXCLUSIVE, MAC INTERNET CAFÉ & COMMUNICATION, MAJEK SOLUTIONS INC, MODICOM ACCOUNTING SERVICES, MONEY SPOT – MONEY SPOT 11, MULTILINK COMMUNICATION, N AND E ASSOCIATES AND FINANCIAL, NHF ENTERPRISE, PREET VIDEO AND ELECTRONICS, ROSEM BUSINESS SERVICES, ST CLAIR DOLLAR PLUS, SUNSHINE DIGITAL PHOTO AND VIDEO, VIDEO SUPPERMART, and T.I. WIRELESS POINT

## IV.  OVERT ACTS IN FURTHERANCE OF THE CONSPIRACY

The defendants and their conspirators committed the following overt acts in furtherance of their conspiracy and schemes to defraud:

17.    On diverse occasions during the course of the conspiracy the defendants and their conspirators paid MoneyGram money transfers that were entered into the MoneyGram system by the unwitting victims of mass marketing fraud schemes.  A relatively small percentage of the victims, approximately 10%, filed complaints with MoneyGram after they realized they had been defrauded. The table below lists the total payments, the number of fraud complaints, and the total fraud complaint payments at MoneyGram Outlets owned or controlled by the defendants and their conspirators during the specified time periods:

|  | Time Period | Total Payments | Time Period | Fraud Complaints | Complaint Amount |
|---|---|---|---|---|---|
| Money Spot 5 (James UGOH) | 3/06 - 2/09 | $619,514 | 1/07 - 5/09 | 84 | $81,884 |
| Money Spot 6 (James UGOH) | 9/06 - 2/09 | $142,611 | 1/07 - 5/09 | 19 | $15,562 |
| Money Spot 7 (James UGOH) | 3/07 - 2/09 | $3,159,303 | 1/07 - 5/09 | 176 | $272,979 |
| Money Spot 8 (James UGOH) | 4/07 - 2/09 | $105,132 | 1/07 - 5/09 | 17 | $10,960 |
| Money Spot 9 (James UGOH) | 6/07- 2/09 | $154,218 | 1/07 - 5/09 | 8 | $14,140 |
| Money Spot 11 (James UGOH) | 3/08 - 2/09 | $66,174 | 1/07 - 5/09 | 3 | $6,343 |
| N&E Associates (James UGOH) | 7/04 - 2/09 | $2,042,348 | 1/07 - 5/09 | 84 | $164,955 |
| Kuddies Exclusive | 11/07- 2/09 | $4,011,237 | 1/07 - 5/09 | 249 | $521,659 |
| All In One Store (A. OGUNFUNWA) | 10/07 - 3/09 | $1,873,160 | 1/07 - 5/09 | 154 | $257,411 |

| | Time Period | Total Payments | Time Period | Fraud Complaints | Complaint Amount |
|---|---|---|---|---|---|
| Video Suppermart (A. OGUNFUNWA) | 10/07 - 3/09 | $3,899,897 | 1/07 - 5/09 | 364 | $514,080 |
| Modicom Accounting (Felix MORDI) | 5/05 - 6/06 | $2,632,744 | 5/05 - 6/06 | 90 | $240,859 |
| EBI Rentals | 10/06 - 3/09 | $781,297 | 1/07 - 5/09 | 38 | $54,195 |
| totals | | $19,487,635 | | 1,286 | $2,155,027 |

18.    On diverse occasions during the course of the conspiracy the defendants and their conspirators converted the monies entered into the MoneyGram system by the victims of mass marketing schemes by issuing MoneyGram checks payable to business entities they owned or operated. The defendants would then deposit these checks into bank accounts they controlled in the greater Toronto area before eventually distributing the monies among themselves. The table below summarizes the MoneyGram checks (in Canadian dollars) the defendants and their conspirators issued to 3 business entities they controlled during the course of the conspiracy:

| | MoneyGram Check Issued To: | | | | | |
|---|---|---|---|---|---|---|
| *Issued By:* | Klazz Beauty Salon ( Kayote Kassim) | | KC Money Transfer (Kayote Kassim) | | Modicom Acct. Services (Felix Mordi) | |
| | *checks* | *total* | *checks* | *total* | *checks* | *Total* |
| Money Spot 5 (James Ugoh) | 75 | $53,085 | 5 | $3,031 | 199 | $162,780 |
| Money Spot 6 (James Ugoh) | 20 | $13,054 | 0 | $0 | 43 | $28,490 |
| Money Spot 7 (James Ugoh | 202 | $383,442 | 24 | $12,095 | 758 | $1,399,383 |
| Money Spot 8 (James Ugoh) | 34 | $17,468 | 10 | $7,479 | 86 | $48,041 |

| Issued By: | MoneyGram Check Issued To: | | | | | |
| | Klazz Beauty Salon ( Kayote Kassim) | | KC Money Transfer (Kayote Kassim) | | Modicom Acct. Services (Felix Mordi) | |
| | checks | total | checks | total | checks | Total |
| Money Spot 9 (James Ugoh) | 16 | $28,059 | 0 | $0 | 29 | $47,738 |
| Money Spot 11 (James Ugoh) | 15 | $38,810 | 0 | $0 | 11 | $26,607 |
| N&E Associates (James Ugoh) | 47 | $37,013 | 42 | $34,280 | 232 | $484,902 |
| Kuddies Exclusive | 610 | $1,256,862 | 549 | $1,095,664 | 156 | $329,254 |
| All in One Store (A. Ogunfunwa) | 212 | $409,903 | 168 | $332,762 | 158 | $296,068 |
| Video Suppermart (A. Ogunfunwa) | 552 | $879,879 | 446 | $779,415 | 249 | $460,331 |
| EBI Rentals | 0 | 0 | 0 | 0 | 205 | $134,139 |
| totals | 1,783 | $3,117,575 | 1,244 | $2,264,726 | 2,126 | $3,417,733 |

19.     On January 15, 2009, KAYOTE KASSIM travelled from the Video Suppermart Store, 1950 Eglinton Ave West, Toronto, to a local branch office of the Bank of Montreal where he made the following deposits:

> a)  18 MoneyGram Money Transfer checks  (7 from Video Suppermart, 8 from Kuddies Exclusive , and 3 from Majek Solutions) payable to Klazz Beauty Salon totaling $36,149 (cdn) into the Klazz Beauty Salon business account, and

> b)  15 MoneyGram Money Transfer checks (3 from All In One Store, 12 from Video Suppermart) payable to KC Money Transfer totaling $33,990 (cdn) into the KC Money Transfer business account.

20.     On January 23, 2009, KAYOTE KASSIM travelled from the Video Suppermart Store, 1950 Eglinton Ave West, Toronto, to a local branch office of the Bank of Montreal where he made the following deposits:

a)  10 Video Suppermart MoneyGram Money Transfer checks payable to Klazz Beauty Salon totaling $12,162 (cdn) into the Klazz Beauty Salon business account, and

b)  14 MoneyGram Money Transfer checks (3 from Video Suppermart, 6 from Kuddies Exclusive, 4 from Majek Solutions, and 1 from Money Spot 7) payable to KC Money Transfer totaling $32,258 (cdn) into the  KC Money Transfer business account.

**All in violation of Title 18, United States Code, Section 371.**

# COUNTS 2 - 16
## (Mail Fraud)

**The Grand Jury Further Charges:**

    1.    The information and allegations set forth in Count 1 of this Indictment are specifically incorporated herein.

    2.    Between January of 2004 and April of 2009, in the Middle District of Pennsylvania and elsewhere, the defendants,

**KAYODE KASSIM,**
**FELIX MORDI,**
**ABEL OGUNFUNWA, and**
**JAMES UGOH**

and other conspirators, known and unknown to the Grand Jury, did devise a scheme or artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations and promises, as described in Count 1 of this Indictment, and for the purpose of executing such scheme or artifice, on or about the dates set forth below, did cause any matter or thing whatever to be deposited in the U.S. Mail and delivered according to the direction thereon, as described below:

| Count | Date | Sender | Item Mailed | Delivered To |
|-------|------|--------|-------------|--------------|
| 2 | 8/8/06 | Swiss Gaming Commission Canada | $2,376,000 Prize Notification and $2,992 check | V. Herbst **********[1] Lehighton, PA 18235 |

[1] Street Address redacted for Victim privacy.

| Count | Date | Sender | Item Mailed | Delivered To |
|-------|------|--------|-------------|--------------|
| 3 | 1/24/07 | iRecruit Canada | "Customer Service Evaluator" transmittal letter and $3,250 check | C. Mertz **********  Mifflinburg, PA 17844 |
| 4 | 3/13/07 | Mystery Shops Canada | "Secret Customer" transmittal letter and $4,850 check | N. Cruz **********  Sugarloaf, PA 18249 |
| 5 | 7/27/07 | Global Logistics Inc. Canada | $250,000 Prize Notification and $3,985 check | L. Silverwood **********  Chambersburg, PA 17201 |
| 6 | 9/20/07 | Sunrise Health Care Management Inc. Canada | $250,000 Prize Notification and $5,055 check | B. Webb **********  Moosic PA 18507 |
| 7 | 1/02/08 | Quality Service Canada | "Secret Customer" transmittal letter and $2,850 check | D. Dippery **********  Dover, PA 17315 |
| 8 | 1/17/08 | Financial Bureau Canada | $750,000 Prize Notification and $4,950 check | D. Torres **********  Stroudsburg, PA 18360 |
| 9 | 3/24/08 | Fido Marketing Solutions Inc. Canada | $180,000 Prize Notification and $4,365 check | R. Kachev **********  Harrisburg, PA 17111 |
| 10 | 9/1/08 | Pinnacle Financial Ltd. Canada | $50,000 Prize Notification and $3,900 check | L. Kolodzieski **********  Clark Summit, PA 18411 |
| 11 | 10/15/08 | RN Financials Canada | $39,000 Prize Notification letter and $3,900 check | S. Fisher **********  Jim Thorpe, PA 18229 |
| 12 | 11/7/08 | Citi Management Services Canada | "Secret shopping" transmittal letter and $3,990 check | R Minier **********  Lairdsville, PA 17742 |
| 13 | 11/17/08 | HSBC Financials Canada | $75,810 Prize Notification and $3,995 check | K. Hessler **********  Montgomery, PA 17752 |

| Count | Date | Sender | Item Mailed | Delivered To |
|-------|------|--------|-------------|--------------|
| 14 | 11/17/08 | Oceanic Financial Group Canada | $55,000 Prize Notification and $3,875 check | D.Leach<br>**************<br>Milford, PA 18337 |
| 15 | 12/10/08 | Business Consulting Inc.Canada | "Mystery Customer" Transmittal letter and $4,996 check | S. Craig<br>**************<br>Bloomsburg, PA 17815 |
| 16 | 2/20/09 | SDG Financial Inc. Canada | $60,000 Prize Notification and $4,875 check | D. Candela<br>**************<br>Mount Pocono, PA 18344 |

**All in violation of Title 18, United States Code, Section 1341, Section 2.**

## COUNTS 17-34
### (Wire Fraud)

**The Grand Jury Further Charges:**

1.      The information and allegations set forth in Count 1 of this Indictment are specifically incorporated herein.

2.      Between January of 2004 and April of 2009, in the Middle District of Pennsylvania and elsewhere, the defendants,

**KAYODE KASSIM,**
**FELIX MORDI,**
**ABEL OGUNFUNWA, and**
**JAMES UGOH**

and other conspirators, known and unknown to the Grand Jury, did devise a scheme or artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations and promises, as described in Count 1 of this Indictment, and, on or about the dates set forth below, did cause to be transmitted by means of wire, radio, or television communication in interstate and foreign commerce, any writing, sign, signal, picture or sound for the purpose of executing such scheme or artifice, as described below:

| Count | Date | MoneyGram Wire Communication | | | |
|-------|------|------|------|------|------|
| | | From | Intended Recipient/Location | Transfer Amount | Reference # |
| 17 | 9/27/07 | B. Webb Moosic, PA | M. Paul | $2,955 | 53921977 |
| 18 | 3/24/08 | R. Kachev Harrisburg, PA | K. Ostiva | $980 | 93236178 |
| 19 | 4/23/08 | R. Kramer Palmyra, PA | J. Frankstin | $900 | 60394977 |
| 20 | 8/14/08 | R. Conklin Tunkhannock, PA | A. Palmer | $785 | 80275810 |
| 21 | 8/15/08 | A. Shultz, Montandon, PA | B. Spence | $3,150 | 87394464 |
| 22 | 9/22/08 | E. Houtz State College, PA | M. Houtz | $1,400 | 47200621 |
| 23 | 9/25/08 | C. Rhine St. Clair, PA | B. Wilclay | $965 | 92772059 |
| 24 | 10/8/08 | D. Gauger Lewisburg, PA | S. Edwards | $950 | 93419930 |
| 25 | 10/15/08 | S. Fisher Lehighton, PA | M. Morton | $3,300 | 18199223 |
| 26 | 10/18/08 | G. Brill Jr. Shenanoah, PA | B. Passe | $1,040 | 79379412 |
| 27 | 11/07/08 | R. Minier/ Montoursville, PA | A. Bower | $2,995 | 81011732 |
| 28 | 11/17/08 | K. Hessler Lewisburg, PA | S. Cochen | $2,900 | 84006669 |
| 29 | 11/17/08 | D. Leach Milford, PA | D. Granata | $2,935 | 90419605 |
| 30 | 12/18/08 | J. Lamoreaux Wilkes-Barre, PA | J. Mkquire | $920 | 55807710 |
| 31 | 12/19/08 | D. Williams Northumberland, PA | S. Chester | $3,215 | 48651061 |
| 32 | 1/7/09 | D. Bierly, York, PA | C. Phillis | $930 | 45071842 |
| 33 | 1/24/09 | M. Shadler St. Clair, PA | J. Layfield | $960 | 75359964 |
| 34 | 2/12/09 | J. Nace Elizabethville, PA | J. Falkland | $960 | 27231639 |

**All in violation of Title 18, United States Code, Sections 2 and 1343.**

## COUNTS 35-50
### (Laundering of Monetary Instruments)

**The Grand Jury Further Charges:**

1.      The information and allegations set forth in Count 1 of this Indictment are specifically incorporated herein.

2.      Between January of 2004 and April of 2009, in the Middle District of Pennsylvania and elsewhere, the defendants,

**KAYODE KASSIM,**
**FELIX MORDI,**
**ABEL OGUNFUNWA, and**
**JAMES UGOH**

and other conspirators, known and unknown to the Grand Jury, did cause monetary instruments or funds to be transported, transmitted, or transferred from a place in the United States to or through a place outside the United States knowing that the monetary instrument or funds involved in the transportation, transmission or transfer represented the proceeds of some form of unlawful activity, and knowing that such transportation, transmission, or transfer was designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity; to wit, mail fraud and wire fraud as alleged in this Indictment, as described on or about the dates set forth below:

18

| Count | Date | Funds | MoneyGram International Funds Transfer | |
|---|---|---|---|---|
| | | | Sender/U.S. Outlet | Check Payee / Canadian Outlet |
| 35 | 9/27/07 | $2,995 (usd)<br>$2,850 (cdn) | B. Webb<br>Pittston, PA | Modicom Accounting Service<br>Money Spot 7 |
| 36 | 3/29/08 | $980 (usd)<br>$957 (cdn) | R. Kachev<br>Harrisburg, PA | Modicom Accounting Service<br>MoneySpot 7 |
| 37 | 4/22/08 | $700 (usd)<br>675 (cdn) | R. Kramer<br>Palmyra, PA | Klazz Beauty Salon Inc.<br>Video Suppermart Store |
| 38 | 6/13/08 | $450 (usd)<br>$441 (cdn) | J. Maszeroski<br>Pittston, PA | Klazz Beauty Salon Inc.<br>MoneySpot 5 |
| 39 | 5/29/08 | $1,000 (usd)<br>$ 948(cdn) | L. Kline<br>Palmyra, PA | Modicom Accounting Service<br>MoneySpot 5 |
| 40 | 10/29/08 | $5,500 (usd)<br>$6,711 (cdn) | E. Houtz<br>State College, PA | KC MoneyTransfer Inc.<br>Kuddies Exclusive |
| 41 | 10/30/08 | $965 (usd)<br>$1,132 (cdn) | C. Hayes<br>Mechanicsburg, PA | KC MoneyTransfer Inc.<br>Video Suppermart Store |
| 42 | 10/22/08 | $3,300 (usd)<br>$3,836 (cdn) | S. Fisher<br>Lehighton, PA | Modicom Accounting Service<br>Cash 3430 |
| 43 | 10/31/08 | $5,000 (usd)<br>$5,753 (cdn) | E. Houtz<br>State College, PA | KC MoneyTransfer Inc.<br>Kuddies Exclusive |
| 44 | 11/11/08 | $800 (usd)<br>$914 (cdn) | V. Horsfield<br>Coal Township, PA | KC MoneyTransfer Inc.<br>Video Suppermart Store |
| 45 | 11/12/08 | $2,995 (usd)<br>$3,463 (cdn) | R. Minier<br>Montoursville, PA | KC MoneyTransfer Inc.<br>Kuddies Exclusive |
| 46 | 11/17/08 | $800 (usd)<br>$947 (cdn) | C. Rosario<br>Dickson City, PA | Klazz Beauty Salon Inc.<br>Kuddies Exclusive |
| 47 | 11/26/08 | $2,900 (usd)<br>$3,413 (cdn) | K. Hessler<br>Lewisburg, PA | Modicom Accounting Service<br>Video Suppermart Store |
| 48 | 11/28/08 | $2,935 (usd)<br>$3,461 (cdn) | D. Leach<br>Milford, PA | Modicom Accounting Service<br>Atoe Enterprises |
| 49 | 1/7/09 | $930 (usd)<br>$1,054 (cdn) | D. Bierly<br>York, PA | Klazz Beauty Salon Inc.<br>Video Suppermart Store |
| 50 | 1/26/09 | $1,000 (usd)<br>$1,179 (cdn) | M. Shadler<br>Saint Clair, PA | Klazz Beauty Salon Inc.<br>Video Suppermart Store |

**All in violation of Title 18, United States Code, Section 1956(a)(2).**

