IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 1:09-CR-356-01 |
| v. | : | |
| KAYODE KASSIM | : | |

## SENTENCING JUSTIFICATION

| | |
|---|---|
| Base Offense Level | 7 |
| Dollar Amount of Loss $4 million pursuant to the plea agreement | 18 |
| Number of victims | 6 |
| Part of fraud outside the United States | 2 |
| Decline to add 2 points for Sophisticated laundering | |
| Total Offense Level | 33 |
| Decline to add 2 points pursuant to 18 U.S.C. § 1956 | |
| Acceptance of responsibility | -3 |
| Total offense Level | 30 |
| Criminal History | II |
| Guideline Range | 108 to 135 months |
| 5K1.1 – 35% | -38 months |
| Total | 70 months |

FILED
HARRISBURG, PA

FEB 2 9 2012

MARY E. D'ANDREA, CLERK
Per _____
       Deputy Clerk

18 U.S.C. § 3553 considerations:

When considering the extent of this massive fraud in terms of the years it existed, the amount involved, and the number of victims, many who not only lost money but had their lives impacted with the loss of homes, autos, credit ratings, relationships and the need for mental health intervention, etc., the court finds these factors outweigh any consideration for a variance.