IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : **Crim. No. 1:09-cr-0356-01**
:
:
**v.** :
:
:
**KAYODE KASSIM** : **Judge Sylvia H. Rambo**

# **O R D E R**

AND NOW, this 14th day of December, 2016, it is **HEREBY ORDERED** as follows:

1) The motion for reduction of sentence is **DENIED**. (Doc. 210.)

2) The clerk of court shall close this file.

3) Any appeal from this memorandum and order is deemed frivolous and not taken in good faith.

                                                        s/Sylvia Rambo
                                                        SYLVIA H. RAMBO
                                                        United States District Judge